

FILED
Sep 16 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ mattb  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>CESAR RODRIGUEZ,<br>  aka: Cesar Rodriguez Garcia,<br><br>                    Defendant. | Case No.: '14 CR2643 JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
|---|---|

The United States Attorney charges:

On or about August 6, 2014, within the Southern District of California, defendant CESAR RODRIGUEZ, did knowingly and intentionally import 50 kilograms and more of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 9/16/14 .

LAURA E. DUFFY
United States Attorney

ARASH J. FULADIAN
Assistant U.S. Attorney

AJF:lg:San Diego
8/27/14