AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CESAR RODRIGUEZ<br>  aka: Cesar Rodriguez Garcia | WAIVER OF INDICTMENT<br><br>14CR2643-JAH<br>Case No. 14 MJ 2866 |

I, CESAR RODRIGUEZ, the above-named defendant, who is accused of committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/16/14 by indictment and consent that the proceeding may be by information rather than by indictment.

_Cesar Rodriguez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
SEP 16 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY