# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   John A. Houston

| | |
|---|---|
| FROM:  A. Corsello, Deputy Clerk | RECEIVED DATE:  April 20, 2016 |
| CASE NO.  14-cr-02643-JAH-1 | DOC FILED BY:  Cesar Rodriguez |
| CASE TITLE:  USA v. Rodriguez | |
| DOCUMENT ENTITLED:  Letter Regarding Two-Point Reduction | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Ex Parte communication prohibited.

**Date Forwarded:   April 27, 2016**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  April 28, 2016          CHAMBERS OF:  John A. Houston

cc: All Parties                    By:   s/tv