APRIL 16 2016

FILED
Apr 28 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ Judep     DEPUTY

From:    Cesar Rodriguez Garcia
         Reg# 48029-298
         PO Box 7001
         Taft, CA 93268

To:      Clerk of the Court
         US District Court of California, 9th Cir.
         333 West Broadway
         San Diego, CA 92101

NUNC PRO TUNC
4/20/2016

Re:      Case# 14-cr-2643-JAH
         Status of application for 2-point reduction, Amendment 782

Honorable Clerk:

I am currently serving my federal sentence here at Taft Correctional Institution here in Taft, California. I am anticipating completing my sentence here at TCI.

Recently I had inquired, through proper channels, regarding my qualifying for a 2-point reduction in sentence and offense pursuant to Amendment 782 "Drug Minus Two". Since the inquiry, I have not received any updates or status regarding my qualifications. Thus my correspondence.

I respectfully request that your office, Your Honor, provides me an update regarding my application and qualifications regarding Amendment 782. As you may imagine, this is a very important matter to me and my family.

Please forward all future correspondence to the address above. I want to thank you in advance for your response and assistance regarding this very important matter.

Respectfully Yours,


Cesar Rodriguez Garcia

*Cesar Rodriguez Garcia* (signature)

Cesar Rodriguez Garcia
Reg# 48029-298

Po Box 7001
Taft, CA 92101



SANTA CLARITA CA 913

25 APR 2016 PM 8

Clerk of the Court
US District Court of California, 9th Cir.
333 West Broadway
San Diego, CA 92101

9210138062O