# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal No. 14cr2643 JAH |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER RE: REQUEST FOR STATUS** |
| CESAR RODRIGUEZ, | ) |
| Defendant. | ) |

Cesar Rodriguez lodged a letter with this Court, filed *nunc pro tunc* to April 20, 2016, in which he asks the Court to provide him with an update on his application for a reduction in sentence pursuant to Amendment 782. There is no motion or application for a reduction in sentence pending in this matter. However, the Court finds it appropriate to provide Mr. Rodriguez with a copy of the docket.

Accordingly, IT IS HEREBY ORDERED the Clerk of Court shall send Mr. Rodriguez a copy of the docket in this action.

DATED: May 23, 2016

JOHN A. HOUSTON
United States District Judge

14cr2643